IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) ) | |
| v. | ) ) ) ) ) | Case No. RDB-19-0069 |
| DAVID GUTMAN | ) ) ) | |
| Defendant. | ) ) | |

**EMERGENCY MOTION FOR ORDER REDUCING SENTENCE OR MODIFYING JUDGMENT TO ALLOW REMAINDER OF SENTENCE TO BE SERVED ON HOME CONFINEMENT PURSUANT TO
18 U.S.C. § 3582(c)(1)(A)(i)**

The defendant, David Gutman, through his attorneys, respectfully moves this Court for compassionate release based on the "extraordinary and compelling reasons" presented by the COVID-19 pandemic. This Court should grant relief based on Mr. Gutman's age and underlying medical issues, which make him uniquely susceptible to contracting the fatal disease and suffering severe complications from it. For the reasons set forth in the sealed memorandum in support of this Motion, we respectfully request that the Court issue an order reducing his sentence to time served or, in the alternative, modifying the judgment to allow him to serve the remainder of his sentence on home confinement.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
for the District of Maryland

  /s/
KIRSTIN MAGUIRE HOPKINS (#19629)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: kirstin_hopkins@fd.org